SUZANNE YUNIS, Respondent, v. TUFFEE JOSEPH YUNIS, Appellant.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.